UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-1383-MWF(ASx)**                 Date:  July 07, 2023

Title       **Antonio Cardenas Gutierrez, Sr., et al. v. United States Department of Agriculture**

Present:  The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 16, 2023, the parties filed a Stipulation for Leave to File Amended Complaint (the "Stipulation").  That same day, the Court filed an Order granting the Stipulation (the "Order").  (Docket Nos. 19 and 20).  The Order granted Plaintiffs thirty days to file an amended complaint.  That Order is the last entry on the docket.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the filing of a First Amended Complaint no later than **JULY 17, 2023**.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **July 17, 2023** will result in the dismissal of this action.

IT IS SO ORDERED.